**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

JANICE STONE,

    Plaintiff,

v.                                            Case No.  0:19-cv-62294-RS

NAVIENT SOLUTIONS, LLC,

    Defendant.

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Janice Stone, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and have drafted and finalized the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              Respectfully submitted,

                                              *s/ Joshua Kersey*
                                              Joshua Kersey
                                              Florida Bar No.: 87578
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 N Franklin Street, 7th Floor
                                              Tampa, Florida 33602
                                              Telephone: (813) 223-5505
                                              Facsimile: (813) 559-4845
                                              JKersey@ForThePeople.com
                                              CHenagan@ForThePeople.com
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically serve a copy on all counsel of record.

*s/Joshua Kersey*
Joshua Kersey
