UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JANICE STONE,

    Plaintiff,

v.                                                    Case No. 0:19-cv-62294-RS

NAVIENT SOLUTIONS, LLC,

    Defendant.

## NOTICE OF SETTLEMENT AND
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court, thereby concluding this matter in its entirety.

Respectfully submitted,

| | |
|---|---|
| *s/ Joshua R. Kersey* | *s/ Aliza Malouf* |
| Joshua R. Kersey | Aliza Malouf |
| Florida Bar No. 87578 | Florida Bar No. 1010546 |
| MORGAN & MORGAN, PA | HUNTON ANDREWS KURTH LLP |
| 201 North Franklin Street, 7th Floor | 1445 Ross Avenue, Suite 3700 |
| Tampa, Florida 33602 | Dallas, Texas 75202 |
| Phone: (813) 223-5505 | Phone: (214) 979-8229 |
| Fax:    (813) 559-4845 | amalouf@huntonak.com |
| JKersey@ForThePeople.com | *Attorney for Defendant* |
| CHenagan@ForThePeople.com | |
| *Attorney for Plaintiff* | |